UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------
In Re:

Colin Gerald Kline and Elisabeth Rose
Kline aka Elisabeth Rose Larsen

<u>ORDER</u>

Debtors.

Chapter 7, Case No. 10-32008

------------------------------

This case came before the court on the motion of U.S. Bank, N. A. as serviced by National Default Servicing Corporation, pursuant to 11 U.S.C. section 362 on June 16, 2010, at the U.S. Bankruptcy Court, St. Paul, Minnesota.

IT IS ORDERED:

The automatic stay imposed by 11 U.S.C. 362 is terminated as to the real property over which the movant, its successors and assigns, has an interest under mortgage document no. 3879858, said property legally described as follows:

> Lot 13, except the Northerly 7 ½ feet thereof, in Block 4, Edwin Dean's Subdivision of part of Smith and Lott's Outlots to the City of St. Paul, Ramsey County, Minnesota according to the map or plat thereof on file or of record in the Office of the County Recorder in and for Ramsey County, Minnesota, and Lot 12, Block 4, except the West ½ thereof, and except the North 7 ½ feet thereof, Edwin Dean's Subdivision of part of Smith and Lott's Outlots to the City of St. Paul, according to the recorded plat thereof, Ramsey County, Minnesota

The movant, its successors and assigns, may proceed to foreclose the mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: June 16, 2010

/e/ Dennis D. O'Brien
Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 06/16/2010
Lori Vosejpka, Clerk, by DLR